UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**ANDREA D. MENSTER,**

    **Plaintiff,**

v.                                                                  Case No: 5:19-cv-77-Oc-30PRL

**ALLSTATE INSURANCE COMPANY,**

    **Defendant.**

## ORDER

This cause is before the Court on Defendant Allstate Insurance Company's motion to compel Plaintiff's discovery responses. (Doc. 20). Plaintiff failed to respond, and the Court entered an Order directing Plaintiff to show cause as to why Defendant's motion should not be treated as unopposed. (Doc. 21). Plaintiff responded to the Court's Order, and cited the recent Coronavirus pandemic as the reason she has not yet responded to Defendant's discovery requests. (Doc. 22). However, Defendant asserted that it originally requested discovery from Plaintiff on November 26, 2019. (Doc. 21). Plaintiff's counsel represented to the Court that Plaintiff will respond to Defendant's discovery requests no later than June 15, 2020. (Doc. 22).

Accordingly, Defendant's motion is granted to the extent that Plaintiff shall respond to the requests for discovery on or before **June 15, 2020**. Defendant may file the appropriate motion to collect expenses under Rule 37(a)(5)(A) within ten days, following which Plaintiff shall respond within 14 days.

    **DONE** and **ORDERED** in Ocala, Florida on June 11, 2020.

- 2 -

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties